FILED
2011 Sep-19 AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ESTEBAN MAYO, and ERNESTO MAYO | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 4:09-cv-2537-SLB |
| METROPOLITAN LODGING ENTERPRISES, LLC, and JUN YANG, | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The case comes before the court on the defendants motion for summary judgment. (Doc. 25.)  On July 18, 2011, the magistrate recommended that the motion be granted and this case dismissed.  No objection to that recommendation has been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE, this the 16th day of September, 2011.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE